# OVERTON, RUSSELL, DOERR AND DONOVAN, LLP

ATTORNEYS AND COUNSELORS AT LAW
19 EXECUTIVE PARK DRIVE
CLIFTON PARK, NEW YORK 12065

---

TELEPHONE (518) 383-4085
TELECOPIER (518) 383-4282

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA,**

        Plaintiff,

   v.

**Jason L Groah,**

        Defendant.

   and,

**Adirondack Bank,**

        Garnishee.

CIVIL NO. 6:15-CV-965

ORDER/APPLICATION FOR WRIT OF GARNISHMENT

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against the defendant, **Jason L Groah,** ("Defendant") Social Security Number XXX-XX-5442, whose last known address is: **15 Bonnie Avenue, New Hartford, NY 13413** in the above cited action in the amount of **$$116,024.72**, plus interest at the rate of **0.00%** from May 31, 2018, until paid, together with costs. A balance of **$$126,339.81** remains outstanding. Demand for payment of the above-stated debt was made upon the Defendant not less than 30 days from the date of this application, and debtor has failed to satisfy the debt.

The Garnishee, Adirondack Bank, is believed to owe or will owe money or property to Defendant, or is in possession of property of the Defendant, and said property is a nonexempt interest of the Defendant.

The name and address of the Garnishee or Garnishee's authorized agent is:

Adirondack Bank
448 State Route 3
Plattsburgh, NY 12901

Dated this 1 day of Oct, 2022

Respectfully submitted:

Linda L Donovan
Overton, Russell, Doerr & Donovan

IT IS SO ORDERED:

Andrew T. Baxter
U.S. Magistrate Judge

Dated: 10/11/2022
Syracuse, NY